FILED

07 DEC 27 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3471 JAH

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1028(a)(6) - Unlawful Possession of Identification Document; Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Entry Document |
| RICARDO FLORES, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about November 4, 2007, within the Southern District of California, defendant RICARDO FLORES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

WDK:fer:San Diego
12/27/07

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RICARDO FLORES was removed from the United States subsequent to October 26, 2006.

Count 2

On or about November 4, 2007, within the Southern District of California defendant RICARDO FLORES, knowingly did possess an identification document of the United States, to wit, a Resident Alien card in the name of Ricardo Flores and bearing the Permanent Resident Alien Number of another person, which was produced without lawful authority and which card defendant RICARDO FLORES knew was produced without such authority; in violation of Title 18, United States Code, Section 1028(a)(6).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>Count 3</u>

On or about November 4, 2007, within the Southern District of California, defendant RICARDO FLORES, when applying for entry into the United States at the Otay Mesa Port of Entry, California, did knowingly use, attempt to use, utter, and possess a document prescribed by statute or regulation for entry into the United States, namely, United States Permanent Resident Card, bearing the name of Ricardo Flores, knowing it to have been unlawfully obtained, in order to gain admission into the United States; in violation of Title 18, United States Code, Section 1546(a).

DATED: December 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

3