FILED

07 DEC 27 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3471    JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|  Plaintiff, | ) |
|  v. | ) NOTICE OF RELATED CASE |
| RICARDO FLORES, | ) |
|  Defendant. | ) |

TO THE CLERK OF THE COURT:

  Please take notice that the above-entitled case is related to United States of America v. Ricardo Flores, Criminal Case No. 07CR3251-JAH.

  DATED: December 27, 2007.

                              KAREN P. HEWITT
                              United States Attorney

                              ∂.KC
                              DOUGLAS KEEHN
                              Assistant U.S. Attorney