**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Ricardo Flores**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3471-JAH |
| Plaintiff, ) | |
| v. ) | PROOF |
| RICARDO FLORES ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this
day upon:

    Joseph Orabona, Assistant United States Attorney
    joseph.orabona@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

Dated: January 15, 2008

/s/   Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com