1  **ZANDRA L. LOPEZ**
   California Bar No. 216567
2  427 C Street, suite 300
   San Diego, Ca. 92101
3  619.233.3169, ext. 17
   fax: 619.684.3522
4  zll@zandralopezlaw.com

5
   Attorney for **Mr. Ricardo Flores**
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (**HONORABLE JOHN A. HOUSTON**)

11

12 | UNITED STATES OF AMERICA,      )   CASE NO.  07CR3471-JAH
                                    )
13 |         Plaintiff,              )   DATE:     April 22, 2008
                                    )   TIME:     9:30 a.m.
14 | v.                              )
                                    )   JOINT MOTION FOR CRIMINAL
15 | RICARDO FLORES,                 )   HISTORY REPORT
                                    )
16 |         Defendant,              )
                                    )
17 |_____ )   _____

18

19
       Mr. Flores plead guilty before a magistrate judge pursuant to a plea agreement.  The plea
20
   agreement called for immediate sentencing without a presentence report.  The Magistrate Judge,
21
   however ordered a that a presentence report be completed prior to sentencing.  The probation
22
   officer has indicated she can prepare a criminal history report, rather than a presentence report,
23
   upon this Court's order.
24
   / /
25
   / /
26
   / /
27
   / /
28

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Zandra L. Lopez counsel for Mr. Flores along with Assistant United States Attorney Joseph Orabona, that the Court order that no presentence report is required and that the Probation Officer instead file a criminal history report prior to the sentencing date of April 22, 2008.

Dated: April 9, 2008                             /s/ Zandra L. Lopez
                                                 **ZANDRA L. LOPEZ**
                                                 Attorney for Mr. Flores

Dated: April 9, 2008                             /s/ Joseph Orabona
                                                 **JOSEPH ORABONA**
                                                 Assistant United States Attorney

2