1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JOHN A. HOUSTON**)

| UNITED STATES OF AMERICA, | ) | CASE NO.  07CR3471-JAH |
|---|---|---|
| Plaintiff, | ) | DATE:        April 22, 2008 |
| | ) | TIME:        9:30 a.m. |
| v. | ) | |
| | ) | |
| RICARDO FLORES, | ) | ORDER |
| | ) | |
| Defendant, | ) | |
| ——————————————— | ) | ——————————————————— |

**IT IS HEREBY ORDERED**, upon the parties' joint motion, that no presentence report is required and that the Probation Officer instead file a criminal history report prior to the sentencing date of April 22, 2008.

**SO ORDERED.**

Dated:  April 14, 2008

_____
**HONORABLE JOHN A. HOUSTON**
United States District Judge